# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

SIERRA CLUB, APPALACHIAN VOICES, )
CHESAPEAKE CLIMATE ACTION )
NETWORK, INDIAN CREEK )
WATERSHED ASSOCIATION, PRESERVE )
CRAIG, WEST VIRGINIA RIVERS )
COALITION, AND WILD VIRGINIA, )
    )
        Petitioners, )
    )
v. )
    ) No. 20-1512
FEDERAL ENERGY REGULATORY )
COMMISSION, )
    )
        Respondent. )
_____ )

## PETITION FOR REVIEW

Pursuant to Section 19(b) of the Natural Gas Act, 15 U.S.C. § 717r(b), Federal Rule of Appellate Procedure 15, and Circuit Rule 15, Sierra Club, Appalachian Voices, Chesapeake Climate Action Network, Indian Creek Watershed Association, Preserve Craig, West Virginia Rivers Coalition, and Wild Virginia hereby petition the United States Court of Appeals for the District of Columbia Circuit for review of four orders of the Federal Energy Regulatory Commission ("the Commission"). Petitioners seek review of the Commission's:

- Order Granting Requests for Extension of Time, 173 FERC ¶ 61,026 (Oct. 9, 2020) ("Extension Order"), FERC Docket Number CP16-10-006;

- Order Partially Lifting Stop Work Order and Allowing Certain Construction to Proceed, 173 FERC ¶ 61,027 (Oct. 9, 2020) ("Resume-Work Order"), FERC Docket Number CP16-10-000;
- Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, 173 FERC ¶ 62,130 (Dec. 9, 2020), FERC Docket Number CP16-10-007; and
- Order Addressing Arguments Raised on Rehearing, 173 FERC ¶ 61,222 (December 11, 2020), FERC Docket Number CP16-10-007.

Petitioners were intervenors in the Commission proceedings below and, on November 9, 2020, filed a timely request for rehearing and request for stay of the Extension Order and Resume-Work Order. *See* 15 U.S.C. 717r(a). On December 9, 2020, the Commission issued its Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, 173 FERC ¶ 62,130, and on December 11, 2020, issued its Order Addressing Arguments Raised on Rehearing, 173 FERC ¶ 61,222. This Petition is timely because it is filed within sixty days of both Orders on rehearing. *See* 15 U.S.C. 717r(b).

Dated: December 22, 2020

Respectfully submitted,

/s/Benjamin A. Luckett
Benjamin A. Luckett
(D.C. Cir. Bar No. 54227)
Appalachian Mountain Advocates
P.O Box 507
Lewisburg, WV 24901
(304) 873-6080
bluckett@appalmad.org

2

Elizabeth Benson
(D.C. Cir. Bar No. 56477)
Sierra Club
2101 Webster Street, Suite 1300
Oakland, California 94612
(415) 977-5723
elly.benson@sierraclub.org

*Counsel for Sierra Club, Appalachian Voices, Chesapeake Climate Action Network, West Virginia Rivers Coalition, and Wild Virginia*

/s/ Julie Gantenbein
Julie Gantenbein
(D.C. Cir. Bar No. 54726)
WATER AND POWER LAW GROUP PC
2140 Shattuck Ave., Suite 801
Berkeley, CA 94704
(510) 296-5588
jgantenbein@waterpowerlaw.com

*Counsel for Indian Creek Watershed Association and Preserve Craig*

## **CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury that on December 22, 2020, a copy of the foregoing Petition for Review was served by email on the following parties, as well as all on members of the service list in FERC Docket Number CP16-10.

David L. Morenoff  
Deputy General Counsel  
Acting General Counsel  
Federal Energy Regulatory Commission  
888 First Street, N.E.  
Washington, DC 20426  
david.morenoff@ferc.gov

Robert Solomon  
Solicitor  
Federal Energy Regulatory Commission  
888 First Street, N.E.  
Washington, DC 20426  
robert.solomon@ferc.gov

                                                /s/Benjamin A. Luckett  
                                                Benjamin A. Luckett  
                                                Appalachian Mountain Advocates  
                                                P.O Box 507  
                                                Lewisburg, WV 24901  
                                                (304) 645-0125  
                                                bluckett@appalmad.org