# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-1512**　　　　　　　　　　　　　　　　　**September Term, 2022**
　　　　　　　　　　　　　　　　　　　　　　　　FILED ON: MAY 26, 2023

SIERRA CLUB, ET AL.,
　　　　　　PETITIONERS

v.

FEDERAL ENERGY REGULATORY COMMISSION,
　　　　　　RESPONDENT

EQUITRANS, L.P., ET AL.,
　　　　　　INTERVENORS

---

Consolidated with 21-1040

On Petitions for Review of Orders
of the Federal Energy Regulatory Commission

Before: SRINIVASAN, *Chief Judge*, MILLETT and WILKINS, *Circuit Judges*

## J U D G M E N T

　　These causes came on to be heard on the petitions for review of orders of the Federal Energy Regulatory Commission and were argued by counsel. On consideration thereof and in accordance with the opinion of the court filed herein this date, it is

　　**ORDERED** and **ADJUDGED** that the petitions for review be dismissed as moot in part insofar as they challenge the First Extension Order; the petitions be granted in part insofar as they challenge the Commission's explanation of its decision not to prepare a supplemental environmental impact statement concerning the project's sedimentation impacts; the petitions be denied in part with respect to petitioners' other arguments; and the Resume Work, Exclusion Zone, First Modification, and Second Modification Orders be remanded to the Commission without vacatur for further proceedings.

**Per Curiam**

　　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　　/s/

　　　　　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: May 26, 2023

Opinion for the court filed by Chief Judge Srinivasan.